**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:14-cv-61301-KMW**

**UNITED STATES OF AMERICA and THE STATE OF FLORIDA, ex rel., JACK CARREL, MAURICIO FERRER and SHAWN LOFTIS  v. AIDS HEALTHCARE FOUNDATION, INC.**

# AMENDED COMPLAINT

# EXHIBIT 4

# AHF Linkage to Care
# *Training Manual*

By Michelle D. Morgan
September 13, 2012

Michelle Depres Morgan (watermark)


Michelle Delores Morgan

## Table of Contents

I. Overview

II. Linkage to Care Terms

III. Linkage to Care Client Benefits

IV. Official Job Description

V. Step by Step Instructions

    a. In House HIV Testing (Reactive)

    b. In House HIV Testing, Western Blot (Negative)

    c. Outreach HIV Testing (Reactive)

    d. Outreach HIV Testing, Western Blot (Negative)

VI. Scheduling Appointments

VII. Reporting

    a. Linkage Database

    b. Outreach Spreadsheets

VIII. Expense Guidelines

    a. Clients

    b. Outreach

    c. Parking

IX. Attachments

X. Partnership Contact Information

Michelle Delores Morgan (watermark)

# Overview



*AIDS Healthcare Foundation – Linkage to Care Program*

Many people who are newly diagnosed with HIV are overwhelmed by the news. The Care Coordinators in the AHF Linkage Program are trained counselors that are available to meet with clients to answer questions regarding what happens next, to facilitate entrance into HIV medical care and to help the client make important decisions regarding his or her healthcare.

The Care Coordinators can book physician appointments at any of AHF's healthcare centers. Once the appointment is made, the Coordinator is available to accompany the client to the first appointment, as well as provide any other referrals or support needed.

In addition to facilitating access to care, the AHF Linkage Program staff is available to answer any questions the client may have regarding living with HIV. This includes educating the client on the importance of practicing safe sex with current and future partners, and offering HIV testing to partners and friends.

**The goal of the AHF Linkage Program is to guide clients through their HIV diagnosis and empower them to be proactive in taking care of themselves and protecting others.**

## Linkage to Care Terms

BC – Benefits Counselor

HCC – HealthCare Center

Linked – Patient has had their 1st and 2nd appointment with the Doctor

MA – Medical Assistant

MD – Medical Director

MTU – Mobile Testing Unit

MWC – Men's Wellness Center

ORCH – Outreach

OTC – Out of the Closet

PHD – Public Health Division

PM – Program Manager

WB – Western Blot

## Linkage to Care Client Benefits



- One-on-one guidance and support

- Help with registration paperwork

- Knowledge about HIV treatment

- Partner testing

- Healthcare centers near you

- Immediate appointment scheduling

- Transportation assistance

- Referrals

## Official Job Description

*Essential Duties & Responsibilities*
Includes but not limited to the following

Ensures all efforts are made to contact those who test preliminary positive for HIV in all Public Health Division-Southern Bureau (PHD-SB) testing facilities as well as partners and are linked into medical services.

Cooperates with PHD-SB Management and HIV Testing Counselors to ensure the referral of 100% of preliminary positive clients into care from multiple AHF HIV test sites into AHF Healthcare Centers (HCC) and AHF pharmacies or other appropriate remote healthcare referral locations within 72 hours.

Works to controls expenditures and implement cost containment at all levels of programmatic operations in order to provide compassionate, thorough and efficient client testing and referral services to as many individuals as possible.

Works with HCC Office Administrators and Benefits Counselors to ensure clients are accurately and appropriately are scheduled for their first visit within 72 hours of preliminary positive test results at an AHF HCC or other appropriate referral location for their healthcare needs.

Explores the client's readiness as well as assists them in overcoming barriers to seek HIV specialty care within 72 hours of preliminary positive rapid test result.

Explains the scope of the programs available to clients and assists them with the disclosure of HIV status to third parties (past, current, PCM partners).

Discloses and delivers all HIV confirmatory test results at multiple AHF HIV testing locations.

Ensures that all HIV-positive persons receive appropriate client-centered health and social service referrals, consistent with AHF-mandated standards of care.

Emphasizes the importance of regularly scheduled outpatient medical care services to persons living with HIV including opportunities for client education, clinical intervention and compliance with medication protocols.

Serves as a liaison between all positive clients identified through PHD-SB HIV testing programs and AHF HCCs for confirmed linkage into care.

Conducts follow up to determine if clients are attending medical appointments, promotes adherence and/or risk reduction behavior through education and the provision of resources.

Collaborates closely with AHF staff at the AHF HCCs to ensure that these objectives are achieved.

Documents disclosure, partner counseling and referral services offered, contact attempts and completed medical appointments.

Contacts 75% of identified client partners, offers rapid HIV testing services and facilitates the understanding of HIV and related infection risks.

Discusses factors that influence HIV status disclosure and successful partner elicitation.

Administers finger stick rapid HIV tests designed to detect HIV anti-bodies following standardized directions; times test with stopwatch or timer.

Processes sample in accordance with standard guidelines.

Follows established protocols to link newly diagnosed HIV+ clients into AHF Healthcare Centers and AHF pharmacies or other appropriate referral services.

Completes all necessary paperwork and documentation of activities for internal use, maintains accurate and up to date records of all staff counselor meetings, including reports and other materials distributed. Meets reporting deadlines as directed.

Compiles and distributes required reports.

Participates in AHF meetings and committees.

Attends weekly PHD-SB Leadership Meeting.

# Step by Step Instructions on "How to Link to Care"

## AHF DC - In House HIV Testing Reactive

I. HIV Tester tests client after consent
II. INSTI Test + (1 min)
III. Call/Text Linkage (when + result populates)
IV. Linkage & Client Meets & Schedules WB (24 hours)
V. Client comes in for Western Blot Testing (w/in 24 hours)
   a. WB results given by MD to Linkage (3-5 business days)
   b. Linkage contacts Client for Results (24 hours of results given)
   c. Client comes in for "results"
   d. Client has 1st appointment with (if client is available)
      i. Benefits Counselor
      ii. Phlebtomist
      iii. Medical Doctor
      iv. Pharmacy
   e. Linkage schedules 2nd/Follow Up appt w/Dr.
   f. Linkage "checks in" w/Client following week
   g. Linkage reminds patient of 2nd/Follow Up appt w/Dr.
   h. Client has 2nd appointment with
      i. Benefits Counselor (if documents are outstanding)
      ii. Phlebotomist
      iii. Medical Doctor
      iv. Pharmacy (if applicable)
VI. Linkage & Client file is closed

## AHF DC In House HIV Testing, Western Blot Negative

I. HIV Tester tests client after consent
II. INSTI Test + (15 min)
III. Call/Text Linkage (when + result populates)
IV. Linkage & Client Meets & Schedules WB (24 hours)
V. Client comes in for Western Blot Testing (w/in 24 hours)
   a. WB results given by MD to Linkage (3-5 business days)
   b. Linkage contacts Client for Results (24 hours of results given)
   c. Client comes in for Negative WB results and Print Out (if applicable)
   d. Client is told to come back in 3 months for a follow up HIV test
I. Linkage & Client file is closed

**Outreach HIV Testing Reactive**

II. HIV Tester tests client after consent
III. Rapid HIV Test + (15 min)
IV. Call/Text Linkage (when + result populates)
V. Linkage Speaks w/Client & Schedules WB (24 hours)
VI. Client comes in for Western Blot Testing (w/in 24 hours)
   a. WB results given by MD to Linkage (3-5 business days)
   b. Linkage contacts Client for Results (24 hours of results given)
   c. Client comes in for "results"
   d. Client has 1st appointment with (if client is available)
      i. Benefits Counselor
      ii. Phlebotomist
      iii. Medical Doctor
      iv. Pharmacy
   e. Linkage schedules 2nd/Follow Up appt w/Dr.
   f. Linkage calls ORG & informs them of client's attended appointment
   g. Linkage "checks in" w/Client following week
   h. Linkage reminds patient of 2nd/Follow Up appt w/Dr.
   i. Client has 2nd appointment with
      i. Benefits Counselor (if documents are outstanding)
      ii. Phlebotomist
      iii. Medical Doctor
      iv. Pharmacy (if applicable)
VII. Linkage & Client file is closed

**Outreach HIV Testing, Western Blot Negative**

I. HIV Tester tests client after consent
II. HIV Rapid Test + (15 min)
III. Call/Text Linkage (when + result populates)
IV. Linkage Speaks w/Client & Schedules WB (24 hours)
V. Client comes in for Western Blot Testing (w/in 24 hours)
   a. WB results given by MD to Linkage (3-5 business days)
   b. Linkage contacts Client for Results (24 hours of results given)
   c. Client comes in for Negative WB results and Print Out (if applicable)
   d. Client is told to come back in 3 months for a follow up HIV test
VIII. Linkage & Client file is closed

# Scheduling Appointments

A Blair Underwood HCC best practice is to schedule new patients within 72 hours (3 business days). The Red Carpet Program says that we are to schedule new patients within 72 hours (3 business days) also. Red Carpet simply means that a person says "Red Carpet," and that gains them access to receiving an appointment within 3 business days. Having your iPad with you at all times will allow you to schedule patients anytime.

To schedule appointments, follow these instructions:

a) Open CPS & Sign In
b) Go to "Scheduling" – you want to schedule 3 appointments on the same day
   i) 1 with DC.BC – that's the Benefits Counselor
   ii) 1 with DC.MA – that's the Medical Assistant who will draw the blood work
   iii) 1 with the Doctor, staggering the appts
c) Click "New" at the very bottom
d) Complete the patient registration (you need all of their information for this)
e) When the database reverts back to the appointment, be sure to:
   i) Fill in the "Provider" section w/Cox-Iyamu
   ii) Fill in the type of appointment
f) At the bottom you will see a notes section, here is the coding:

*Example: HIV=Y;NAÏVE=Y;REF=EIS;WAIT=SM \*\*no spaces anywhere\*\**

HIV = Yes or No

NAÏVE = Yes (NOT taking HIV Meds) or No (Taking HIV Meds)

REF (Referral Source) =
   EIS = Early Intervention Specialist (you)
   Staff = Staff Member/Employee
   ORG = Organization
   Friend = Friend
   Ins = Insurance
   Web = Website/Internet
   Phy = Physician
   Cl = Clinic
   Hosp = Hospital
   Ad = Advertisement
   WI = Walk In

Wait (Wait time for 1st appt) =
   SM = Standard Met
   OK = OK
   REQ = Requested
   TL = Too Long

# Reporting



*New Patient Reporting (Daily/Ongoing)*

As new clients are received, add them into the HIV Linkage DB by completing the 1st two tabs of information simultaneously. This report can be accessed in the iPad, much like the CPS system. Do not enter in the client ID number, that field will auto-populate.

*Outreach Reporting (Due every Thursday)*

Attached you will find a blank Outreach excel spreadsheet. These reports are to be turned into Jason Handy and Mena Gorre by close of business every Thursday.

*Mileage Reporting (Due the 1st of each month)*

Attached you will find a blank Mileage excel spreadsheet. As you fill out Outreach excel spreadsheets, simultaneously fill out the monthly expense reports. These reports are to be checked and signed by the Senior Program Manager Miss Barbara Chinn at the close of each month. Once she reviews, approves, signs, sign your sheet and FedEx it to Accounts Payable in California.

*Monthly Linkage to Care Reporting (Due the 1st of each month)*

Attached you will find an email regarding monthly Linkage to Care reporting. These emails are to be sent to the Senior Program Manager at the close of each month. These emails will detail the number of people who had 1 appointment, 2 appointments, Lost to Care, Western Blot, etc. for the purposes of our Senior Program Managers reporting to the DC Department of Health.

## Expense Guidelines



*Clients*

Some clients do not mind having coffee or sharing a meal with you to discuss how their appointment was, further questions they have, or next steps in being newly diagnosed. Meal allowances per client are at $10. Keep all receipts for Wells Fargo reporting at the close of each month.

*Outreach*

Organizations are open to refreshments when presenting them with the information of the AHF Linkage to Care program. Some suggested purchases are donuts and coffee. This will keep our Wells Fargo costs low. Multiple purchases of refreshments to organizations who have already received refreshments are prohibited. Feel free to return to these organizations with information, however, not refreshments or items that are expensed. Keep all receipts for Wells Fargo reporting at the close of each month.

*Parking*

Your monthly parking is paid for by the Senior Program Manager. Parking for other meetings are allowed, however, search for the most cost efficient parking available. Keep all receipts for Wells Fargo reporting at the close of each month.

# Partnerships

**Children's National Medical Hospital**
111 Michigan Ave NW
Washington, DC 20310
*Contact: Pamela Rich, Youth Linkage*
(202) 476-2843

**DC Department of Health (reporting Youth ages 12 - 24)**
899 North Capitol Street NE 4th Floor
Washington, DC 20002
*Contact: Patrice Ward, Youth Linkage to Care Coordinator*
(202) 671-4951

**Heart to Hand**
1300 Mercantile Lane,
Upper Marlboro, MD 20706
*Contact: Sharon, Case Manager*
(301) 772-0103

**Metro TeenAIDS**
651 Pennsylvania Ave SE
Washington, DC 20020
*Contact: Antonio Bethea & Johanna Squires, Youth Advocates*
(202) 543-8246

**Sasha Bruce Youth Networks**
1022 Maryland Ave NE
Washington, DC 20003
*Contact: Charles Shazor*
(757) 217-5008 cell direct

**Southeast STD Clinic**
1900 Massachusetts Ave SE
Washington, DC 20003
*Contacts: Mr. Erlington & Mr. Jones, Disease Specialists*
(202) 698-4050

**Us Helping Us**
3636 Georgia Ave, NW
Washington, DC 20010
*Contacts: Shawn, Reggie, Antonio, Testing Department*
(202) 446-1100

**Women's Collective**
1331 Rhode Island Ave NE
Washington, DC 20018
*Contacts: Kim & Sabrina, HIV Testing Counselors*
(202) 483-7003