**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:14-cv-61301-KMW**

**UNITED STATES OF AMERICA and THE STATE OF FLORIDA, ex rel., JACK CARREL, MAURICIO FERRER and SHAWN LOFTIS  v. AIDS HEALTHCARE FOUNDATION, INC.**

# AMENDED COMPLAINT

# EXHIBIT 8



# PHD ROI

**Public Health Division**
**Full Year 2012 ROI Analysis**
**1/1/2012-12/31/2012**

| Description | Net Service Expenses | Marketing Expenses | # of Tests | Service Cost/Test | % HIV+ Clients | # HIV+ Clients | Service Cost/Positive | % Linkage | # of Linked Clients | # of Linked Clients | % Linkage from HCC | # of Linked Clients from HCC | # Linked Clients to Rx Only | # Linked Clients from HCC | # Linked Clients to Rx Only | Rev/Client /Year (HIV+) | Rev/Year (HIV+) | % Rx Gross Margin | $ Rx Gross Income | Break Even Time Frame (Yrs) | Break Even Time Frame (Yrs) without recovering marketing costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Public Health Division Actual | 3,973,530 | 1,433,169 | 98,283 | $40 | 1.13% | 1,113 | $3,570 | 42.5% | 473 | 650 | 63.4% | 300 | 16 | 480 | 26 | $15,439 | $12,690,460 | 40% | $5,126,946 | 1.05 | 0.73 |
| Southern California | $907,820 | | 36,265 | $25 | 1.16% | 457 | $2,117 | 39.8% | 182 | 433 | 74.7% | 136 | 6 | 330 | 19 | $17,367 | $8,625,100 | 46% | $3,941,710 | | 0.25 |
| Northern California | $348,060 | | 4,084 | $85 | 0.81% | 33 | $10,578 | 3.0% | 1 | 0 | 100.0% | 1 | - | 8 | - | $16,306 | $146,342 | 41% | $69,707 | | 2.06 |
| California Actual | 1,316,680 | 968,887 | 43,349 | $30 | 1.13% | 490 | $2,687 | 37.3% | 183 | 442 | 74.9% | 137 | 6 | 338 | 19 | $17,502 | $8,751,130 | 45% | $3,955,515 | 0.53 | 0.33 |
| Pensacola / Tampa / Jacksonville / Ft Myers | $324,282 | | 7,440 | $69 | 0.62% | 47 | $11,187 | 0.0% | - | - | 0.0% | - | 3 | - | - | $17,526 | $58,770 | 30% | $30,328 | | 25.50 |
| FL Statewide Contract Counties | $1,727,873 | | 37,461 | $46 | 1.31% | 490 | $3,525 | 54.0% | 264 | 83 | 56.1% | 148 | 6 | 49 | 4 | $12,763 | $2,541,590 | 35% | $961,594 | | 1.30 |
| Georgia | $145,358 | | 3,691 | $40 | 1.03% | 38 | $3,835 | 28.9% | 11 | 20 | 63.6% | 7 | 1 | 13 | 1 | $17,526 | $430,291 | 8% | $38,139 | | 4.06 |
| BC | $246,803 | | 6,063 | $41 | 0.81% | 49 | $5,037 | 30.6% | 15 | 105 | 82.3% | 6 | - | 78 | 2 | $11,514 | $1,013,367 | 33% | $330,825 | | 0.75 |
| Southern Bureau Actual | 2,644,926 | 444,282 | 54,855 | $48 | 1.14% | 623 | $4,245 | 46.5% | 290 | 208 | 56.2% | 163 | 10 | 142 | 7 | $13,980 | $4,501,693 | 36% | $1,638,616 | 1.89 | 1.61 |
| New York / Texas / Ohio | 11,915 | - | 79 | $151 | 0.00% | - | $0 | 0.0% | - | - | 0.0% | - | - | - | - | | | | | | |

|  | All Rx | CA Rx | SB Rx |
|---|---|---|---|
| Pharmacy Total Revenue Jan – Dec 2012 | $301,101,598 | $138,217,079 | $162,884,516 |
| Pharmacy Total # Unique Clients Jan – Dec 2012 | 17,876 | 7,239 | 10,600 |
| Average Revenue/Client/Refill | $1,404 | $1,591 | $1,271 |
| Target Refills/Year | 11 | 11 | 11 |
| Revenue/Client/Year | $15,439 | $17,502 | $13,980 |

There were 823 positives referred to us from the outside – 650/823 = 79.0%, (650+473)/(1113+823) = 58%
There were 521 positives referred to us from the outside in CA – 442/521 = 84.8%, (442+264)/(489+521) = 69.9%
There were 302 positives referred to us from the outside in SB – 208/302 = 68.9% (208+260)/(623+302) = 53.8%

A  Rx Gross Income = Revenue - COG
B  HCC: HIV+: # Linked Clients = # HIV+ clients linked to HCC through testing
D  Pharmacy: HIV+: # Linked Clients from HCC = # of HIV+ clients who tested and linked to Pharmacy from the HCC
E  Pharmacy: HIV+: # Linked Clients to Rx Only = # of HIV+ clients who tested and linked to Pharmacy only; not HCC
F  %'s taken based on testing only
G  Net of Revenue, Net of Marketing Expenses.