UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:14-CV-61301-KMW

UNITED STATES OF AMERICA and THE
STATE OF FLORIDA *ex.rel.*, JACK
CARREL, MAURICIO FERRER, and
SHAWN LOFTIS,

        Plantiffs,

        v.

AIDS HEALTHCARE FOUNDATION INC.,

        Defendant
_____/

## LIMITED NOTICE OF APPEARANCE

      Undersigned counsel, Brian E. Dickerson and Robert B. Graziano, hereby file this Limited Notice of Appearance on behalf of the Defendant, AIDS Healthcare Foundations, Inc. (hereby "Defendant") , to address the contents of Exhibit 9 to Plaintiffs' First Amended Complaint and Plaintiffs' Motion to Withdraw Exhibit 9 to Amended Complaint, docket entry 14-9, and Substitute Redacted Version of Exhibit 9 (D.E. 17).

      Defendant wishes to address with this Honorable Court, the legal issues related to Exhibit 9 and Plaintiffs' Motion. In accordance with Local Rule 7.1(a)(3) will be conferring with Plaintiffs' counsel prior to the filing of Defendant's response to Plaintiffs' Motion (D.E. 17).

Respectfully submitted,

ROETZEL & ANDRESS, LPA

*/s/ Brian E. Dickerson*
BRIAN E. DICKERSON
Florida Bar No. 0106615
Primary E-Mail: bdickerson@ralaw.com
ROBERT B. GRAZIANO
Florida Bar No. 051249
Primary E-Mail: rgraziano@ralaw.com
350 E Las Olas Blvd # 1150
Fort Lauderdale, FL
Telephone:    954.462.4150
Facsimile:    954.462.4260

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby CERTIFY that on April 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CMS/ECF system, which will send notice of electronic filing to all registered users.

*/s/ Brian E. Dickerson*
BRIAN E. DICKERSON
Florida Bar No. 0106615