UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-61301-CV-WILLIAMS

UNITED STATES OF AMERICA and
THE STATE OF FLORIDA, *ex rel.*
JACK CARREL, MAURICIO FERRER,
AND SHAWN LOFTIS,

      Plaintiffs,

vs.

AIDS HEALTHCARE FOUNDATION, INC.,

      Defendant.
_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Elisa Castrolugo, is no longer counsel of record for the United States in this matter.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

By:   *s/Susan Torres*_____
      SUSAN TORRES
      ASSISTANT U.S. ATTORNEY
      Fla. Bar No.: 133590
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      Tel: (305) 961-9331
      Fax: (305) 530-7139
      Email: Susan.Torres@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2015, the undersigned caused the foregoing document, United States' Notice of Reassignment, to be filed electronically with the Clerk of the Court using CM/ECF.

                                                  */s/ Susan Torres*_____
                                                  Susan Torres
                                                  Assistant United States Attorney