UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-cv-61301-KMW

UNITED STATES OF AMERICA and THE
STATE OF FLORIDA ex rel., JACK
CARREL, MAURICIO FERRER, and
SHAWN LOFTIS,

        Plaintiffs,

vs.

AIDS HEALTHCARE FOUNDATION, INC.,

        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Relators' motion for leave to file second amended complaint. (DE 37). The Court has reviewed the motion and the record. Accordingly, Relators' motion (DE 37) is **GRANTED**. The second amended complaint (DE 35) is deemed accepted and filed *nunc pro tunc* as of May 26, 2015. As a result, it is **FURTHER ORDERED AND ADJUDGED** that Defendant's motion to dismiss (DE 33) the first amended complaint is **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers in Miami, Florida this 26 day of May, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE