UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF FLORIDA ex rel., JACK CARREL, MAURICIO FERRER, and SHAWN LOFTIS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AIDS HEALTHCARE FOUNDATION, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 14-cv-61301-KMW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF NON-OPPOSITION TO FILING OF THIRD AMENDED COMPLAINT UNDER SEAL**

AIDS Healthcare Foundation ("AHF") consents to filing the Third Amended Complaint under seal solely because Relators have included protected health information therein. However, AHF continues to contend that Relators should not be allowed to retain or use protected health information at all, even pursuant to a protective order, as they obtained such information outside any court authorized process, and there is no exception under law that allows them to possess this highly sensitive, highly protected information.[1]  *See, e.g.*, Fla. Stat. § 381.004.

---

[1] AHF expressly reserves its right to move to dismiss the Third Amended Complaint on this and other grounds, and also expressly reserves its right to move to strike all such protected health information from the Third Amended Complaint.

DATED:  July 10, 2015            Jeffrey A. Neiman - Bar No. 544469
   jneiman@mnrlawfirm.com
Jeffrey E. Marcus – Bar No. 310890
   jmarcus@mnrlawfirm.com
MARCUS NEIMAN & RASHBAUM LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida  33394
Tel:  (954) 462-1200
Fax:  (954) 688-2492

Mitchell A. Kamin – CA State Bar No. 202788
Paul S. Chan – CA State Bar No. 183406
Marc E. Masters – CA State Bar No. 208375
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110


By:      /s/ Jeffrey E. Marcus

    Attorneys for Defendant AIDS Healthcare
    Foundation, Inc.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 10, 2015, a true and correct copy of the foregoing notice has been served on all counsel of record via CM/ECF.

                /s/ Jeffrey E. Marcus_____