UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:14-CV-61301-KMW

UNITED STATES OF AMERICA and THE
STATE OF FLORIDA *ex rel.*, JACK
CARREL, MAURICIO FERRER, and
SHAWN LOFTIS,

      Plaintiffs,

      v.

AIDS HEALTHCARE FOUNDATION, INC.,

      Defendant.
_____/

## AIDS HEALTHCARE FOUNDATION'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUR-REPLY

Defendant AIDS Healthcare Foundation, Inc. ("AHF"), opposes the Relator's motion for leave to file a sur-reply [DE 88] because the Relators have provided no justification for any further briefing. The Relators already have had ample time and space to make their arguments regarding the *Mastej* case. Similarly, the Relators have had ample time and space to make their arguments concerning the OIG opinion cited originally in AHF's moving papers.

| | |
|---|---|
| DATED:  September 30, 2015 | Jeffrey A. Neiman – Bar No. 544469 |
| | jneiman@mnrlwfirm.com |
| | Jeffrey E. Marcus – Bar No. 310890 |
| | jmarcus@mnrlawfirm.com |
| | **MARCUS NEIMAN & RASHBAUM LLP** |
| | 100 Southeast Third Avenue, Suite 805 |
| | Fort Lauderdale, FL  33394 |
| | Tel:  (954) 462-1200 |
| | Fax:  (954) 688-2492 |
| | |
| | Paul S. Chan – CA State Bar No. 183406 |
| | Marc E. Masters – CA State Bar No. 208375 |
| | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Mitchell Kamin – CA State Bar No. 202788
mkamin@cov.com
**COVINGTON & BURLING LLP**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
T +1 424 332 4759


By:      /s/ Jeffrey A. Neiman_____

*Attorneys for AIDS Healthcare Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, a true and correct copy of the foregoing was served via e-mail on all counsel or parties of record on the service list.

By: /s/ Jeffrey A. Neiman_____
Jeffrey A. Neiman