UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-cv-61301-KMW

UNITED STATES OF AMERICA and
THE STATE OF FLORIDA *ex rel.*,
JACK CARREL, MAURICIO FERRER,
and SHAWN LOFTIS,

        Plaintiffs,

vs.

AIDS HEALTHCARE FOUNDATION, INC.,

        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Relators' motion for leave to file a sur-reply. (DE 88). The Court has reviewed the motion, Defendant's response (DE 89), and the Court's two-week-old order granting Relators a 26-page enlargement of the page limit found in the local rules (DE 83). No supplemental briefing is required. Relators' motion (DE 88) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of October, 2015.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE