UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:14-cv-61301-KMW

UNITED STATES OF AMERICA and THE STATE OF FLORIDA ex rel., JACK CARREL, MAURICIO FERRER, and SHAWN LOFTIS,

Plaintiffs,

v.

AIDS HEALTHCARE FOUNDATION, INC.,

Defendant.

_____________________________________________/

**PLAINTIFFS' MOTION FOR 3-WEEK ENLARGEMENT OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE EMPLOYEE SAFE HARBOR**

Plaintiffs respectfully request the Court enter a 3-week enlargement of time for Plaintiffs to file a response in opposition to Defendant's motion for summary judgment on the employee safe harbor. The parties are diligently conducting depositions in this matter, and an extension of time will provide Plaintiffs with the time necessary after the conclusion of the depositions to draft a response to Defendants' dispositive motion.

1. In its scheduling order, the Court set January 10, 2017 as the deadline for the parties to file any dispositive motions and memoranda of law related to the applicability of 42 U.S.C. § 1320a-7b(b)(3)(B) to the representative false claims. (DE 106 at p. 2).

2. Defendant AHF moved for a 60-day extension of time to file its motion for summary judgment. (DE 143). The Court granted the motion in part by extending the deadline to February 27, 2017. (DE 150).

3. Defendant filed its motion for summary judgment on February 16, 2017. (DE 171). On the day Defendant's motion was filed, the parties were conducting the deposition of James Vellequette, a former AHF employee, in California. The parties conducted 2 additional depositions in California that week: AHF employee Mena Gorre was deposed February 14, and Relator Shawn Loftis was deposed on February 17.

4. During this time, Plaintiffs' counsel were also reviewing thousands of documents in order to respond to Defendant's request for electronically stored information. Plaintiffs' counsel continued that review through February 20, when they produced the requested documents to Defendant.

5. The parties have 3 depositions set for the week of February 27: Relator Jack Carrel will be deposed February 27; Relator Mauricio Ferrer will be deposed March 1; and AHF employee Jason Handy will be deposed March 3. The following week, on March 8, the parties will be deposing former AHF employee Michelle Morgan in Washington D.C.

6. Currently, Plaintiffs' response in opposition to Defendant's motion for summary judgment is due on March 2—before the depositions of Jason Handy and Michelle Morgan are conducted, and only one day after the deposition of Relator Ferrer and three days after the deposition of Relator Jack Carrel are conducted. Each of these depositions could have some bearing on the issues raised in Defendant's motion for summary judgment.

7. Plaintiffs respectfully request a 3-week enlargement of time, through and including March 23, 2017, to file their response in opposition to Defendant's motion for summary judgment. This extension will provide Plaintiffs with the time needed to draft the response after the conclusion of the aggressive deposition schedule set by the parties and will ensure that any pertinent evidence raised in the depositions can be brought before the Court in

Plaintiff's response and Defendant's reply without the need for the parties to request leave of Court to conduct additional briefing.

WHEREFORE, Plaintiffs respectfully request the Court enlarge the time for Plaintiffs to file their response in opposition to Defendant's motion for summary judgment, ordering such response be filed on or before March 23, 2017.

**Rule 7.1(a) Certification**

Plaintiffs' counsel conferred with counsel for AHF regarding Plaintiffs' request for a 3-week enlargement of time to file their response in opposition to Defendant's motion for summary judgment. AHF's counsel advised that AHF does not oppose Plaintiffs' receipt of a one-week extension, through and including March 9, 2017, but intends to file an opposition to Plaintiffs' request for an extension in excess of one week.

Dated: February 23, 2017

Respectfully,
s/DIANA L. MARTIN
DIANA L. MARTIN (Florida Bar No.: 624489)
Email: dmartin@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/DIANA L. MARTIN
DIANA L. MARTIN (Florida Bar No.: 624489)
Email: dmartin@cohenmilstein.com

**SERVICE LIST**

Courtney Conner, Esq.
courtney.conner@aidshealth.org
Aids Healthcare Foundation, Inc.
Assisant General Counsel
6255 W. Sunset Blvd, 21st Flr
Los Angeles, CA 90028

Arti Bhimani, Esq.
arti.bhimani@aidshealth.org
Thomas Myers, Esq.
tom.myers@aidshealth.org
Aids Healthcare Foundation, Inc.
General Counsel
6255 W. Sunset Blvd, 21st Flr
Los Angeles, CA 90028

David Horowitz, Esq.
david.horowitz@kirkland.com
Gavin Campbell, Esq.
gavin.campbell@kirkland.com
Jay Bhimani, Esq.
jay.bhimani@kirkland.com
Kirkland & Ellis LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA 90071

Michael Pineiro, Esq.
mpineiro@mrnlawfirm.com
Jeffrey A. Neiman, Esq.
jneiman@mnrlawfirm.com
Marcus Neiman & Rashbaum
100 SE Third Ave., Suite 805
Fort Lauderdale, FL 33394
Phone: (954)-462-1200
Fax: (954)-462-6882

Michael A. Pineiro, Esq.
mpineiro@mnrlawfirm.com
Marcus Neiman & Rashbaum
2 S. Biscayne Blvd, Suite 1750
Miami, FL 33131
Phone: (305)-400-4260

Jeffrey E. Marcus, Esq.
jmarcus@mnrlawfirm.com
Marcus Neiman & Rashbaum
Jeffrey A. Neiman, Esq.
100 SE Third Ave., Suite 805
Fort Lauderdale, FL 33394
Phone: (954)-462-1200
Fax: (954)-462-6882

Jill Bennett, Esq.
Florida Attorney General's Office
Assistant Attorney General
Medicaid Fraud Control Unit
PL-01, The Capital
Tallahassee, FL 32399-1050
Phone: (850)-414-3883
Fax: (850)-410-0179
Attorneys for Florida State Attorney

Susan Torres
susan.torres@usdoj.gov; benjamin.s.young@usdoj.gov
United States Attorney's office
Assistant United States Attorney
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305)-961-9033
Fax: (305)-530-7139
Attorneys for United States Attorney General